1  David M. King, Esq. (Bar No. 95279)
   CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
2  Professional Law Corporation
   216 Park Road
3  P.O. Box 513
   Burlingame, California 94011-0513
4  Telephone:  (650) 342-9600
   Facsimile:  (650) 342-7685
5
   Attorneys for Defendant City of San Mateo
6

**ENDORSED FILED**
**SAN MATEO COUNTY**
OCT 15 2007
Clerk of the Superior Court
By___J. Obaob
DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| TEVITA L. NAUFAHU: Father/Grandfather; KASITALEA GUS NAUFAHU: Father/Parent; LUISA A.P. NAUFAHU: Wife/Parent; DAVID L. NAUFAHU: minor son; and GEORGE L. NAUFAHU: minor son,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN MATEO, claims 1 through 6, inclusive,<br><br>Defendants. | No. CIV 465307<br><br>NOTICE OF REMOVAL TO FEDERAL COURT<br><br>Action Filed: August 15, 2007 |

*BY FAX*

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that on October 10, 2007 defendant City of San Mateo ("Defendant") removed the above-entitled action to the United States District Court for the Northern District of California, San Francisco Division, where it has been docketed as Case No. C 07 5189. A true and correct copy of the Notice of Removal (without the attached exhibits) is hereby attached hereto as Exhibit "A".

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1447(b), the filing of the Notice of Removal, together with the filing of a copy of the same with this Court, effects

26839.00012\BGLIB1\1346208.1                  1

NOTICE OF REMOVAL TO FEDERAL COURT

David M. King, Esq. (Bar No. 95279)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:    (650) 342-7685

Attorneys for Defendant City of San Mateo

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| TEVITA L. NAUFAHU: Father/Grandfather; KASITALEA GUS NAUFAHU: Father/Parent; LUISA A.P. NAUFAHU: Wife/Parent; DAVID L. NAUFAHU: minor son; and GEORGE L. NAUFAHU: minor son,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN MATEO, claims 1 through 6, inclusive,<br><br>Defendants. | No. CIV 465307<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>Action Filed: August 15, 2007 |

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that on October 10, 2007 defendant City of San Mateo ("Defendant") removed the above-entitled action to the United States District Court for the Northern District of California, San Francisco Division, where it has been docketed as Case No. C 07 5189. A true and correct copy of the Notice of Removal (without the attached exhibits) is hereby attached hereto as Exhibit "A".

**PLEASE TAKE FURTHER NOTICE** that pursuant to 28 U.S.C. § 1447(b), the filing of the Notice of Removal, together with the filing of a copy of the same with this Court, effects

the removal of his action, and this Court may proceed no further unless and until the case is remanded.

Dated: October 15, 2007

    Respectfully submitted,

    CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
    Professional Law Corporation

    By: _____
           David M. King
           Attorneys for Defendants
           City of San Mateo