David M. King, Esq. (Bar No. 95279)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:    (650) 342-7685

Attorneys for Defendant City of San Mateo

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| TEVITA L. NAUFAHU: Father/Grandfather; KASITALEA GUS NAUFAHU: Father/Parent; LUISA A.P. NAUFAHU: Wife/Parent; DAVID L. NAUFAHU: minor son; and GEORGE L. NAUFAHU: minor son,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN MATEO, et al.<br><br>Defendants. | No. C 07 5189<br><br>DEFENDANT CITY OF SAN MATEO'S DEMAND FOR JURY TRIAL<br><br>Action Filed: August 15, 2007 |

Defendant CITY OF SAN MATEO respectfully demands a trial by jury in the above-entitled cause.

Dated: October 10, 2007

          Respectfully submitted,

          CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
          Professional Law Corporation

          By: _____
                  David M. King
                Attorneys for Defendants
                City of San Mateo

# PROOF OF SERVICE

I am employed by the law firm of Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

On the date set forth below I served the within:

- DEFENDANT CITY OF SAN MATEO'S DEMAND FOR JURY TRIAL

on the parties in this action, by placing a true copy thereof in a sealed envelope addressed as follows:

Pro Se Litigants:

Tevita L. Faufahu (Father/Grandfather)
14 North Humboldt Street
San Mateo, CA 94401

Kasitalea Gus Naufahu (Father/Parent)
14 North Humboldt Street
San Mateo, CA 94401

Luisa A.P. Naufahu (Wife/Parent)
14 North Humboldt Street
San Mateo, CA 94401

David L. Naufahu (minor son [16])
14 North Humboldt Street
San Mateo, CA 94401

George L. Naufahu (minor son [14])
14 North Humboldt Street
San Mateo, CA 94401

**By placing in office mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's

1  practice for collecting and processing correspondence for mailing. On the same day that
2  correspondence is placed for collection and mailing, it is deposited in the ordinary course of
3  business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I
4  am a resident or employed in the county where the mailing occurred. The envelope or package
5  was placed in the mail at Burlingame, California.
6      I declare under penalty of perjury under the laws of the State of California that the
7  foregoing is true and correct.
8  Dated: October 10, 2007
9                                Lori J. Stumpf