1  David M. King, Esq. (Bar No. 95279)
   CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
2  Professional Law Corporation
   216 Park Road
3  P.O. Box 513
   Burlingame, California 94011-0513
4  Telephone:  (650) 342-9600
   Facsimile:  (650) 342-7685
5
   Attorneys for Defendant City of San Mateo

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVITA L. NAUFAHU: Father/Grandfather; KASITALEA GUS NAUFAHU: Father/Parent; LUISA A.P. NAUFAHU: Wife/Parent; DAVID L. NAUFAHU: minor son; and GEORGE L. NAUFAHU: minor son,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN MATEO, et al.<br><br>Defendant. | No. C 07 5189<br><br>**PROOF OF SERVICE OF NOTICE OF REMOVAL TO FEDERAL COURT; CIVIL COVER SHEET; DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANGEMENT CONFERENCE; ETC.**<br><br>Action Filed: August 15, 2007 |

I am employed by the law firm of Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

On the date set forth below I served the within:

/ / / /

/ / / /

26839.00012\BGLIB1\1346644.1              1

PROOF OF SERVICE OF NOTICE OF REMOVAL TO FEDERAL COURT; ETC.

1
- CIVIL COVER SHEET;

2
- NOTICE OF PETITION FOR REMOVAL OF CIVIL ACTION FROM THE SAN MATEO COUNTY SUPERIOR COURT [CASE NO. CIV 465307]

3

4
- DEFENDANT CITYOF SAN MATEO'S DEMAND FOR JURY TRIAL;

- ORDER SETTING INITIAL CASE MANAGEMENT CONFERNCE AND ADR DEADLINES;

5

6
- ECF REGISTRATION INFORMATION HANDOUT; and

7
- NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION.

8

9   on the parties in this action, by placing a true copy thereof in a sealed envelope addressed as

10  follows:

11          Pro Se Litigants:

12
            Tevita L. Faufahu (Father/Grandfather)
13          14 North Humboldt Street
            San Mateo, CA  94401
14
            Kasitalea Gus Naufahu (Father/Parent)
15          14 North Humboldt Street
            San Mateo, CA  94401
16
17          Luisa A.P. Naufahu (Wife/Parent)
            14 North Humboldt Street
18          San Mateo, CA  94401

19          David L. Naufahu (minor son [16])
            14 North Humboldt Street
20          San Mateo, CA  94401

21
            George L. Naufahu (minor son [14])
22          14 North Humboldt Street
            San Mateo, CA  94401
23

24       **By placing in office mail.** I enclosed the documents in a sealed envelope or package

25  addressed to the persons at the addresses listed above and placed the envelope for collection and

26  mailing, following our ordinary business practices. I am readily familiar with this business's

27  practice for collecting and processing correspondence for mailing. On the same day that

28  correspondence is placed for collection and mailing, it is deposited in the ordinary course of

26839.00012\BGLIB1\1346644.1                    2

PROOF OF SERVICE OF NOTICE OF REMOVAL TO FEDERAL COURT; ETC.

business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Burlingame, California.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: **October 15, 2007**



Lori J. Stumpf

26839.00012\BGLIB1\1346644.1                 3

PROOF OF SERVICE OF NOTICE OF REMOVAL TO FEDERAL COURT; ETC.