UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TEVITA L. NAUFAHU, et al.

                    Plaintiff(s),

                v.

CITY OF SAN MATEO, et al.

                    Defendant(s).
_____/

CASE NO. C 07 5189 MMC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference January 11, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Jeremy A. Burns, Esq. | CITY OF SAN MATEO | (650) 342-9600 | jburns@carr-mcclellan.com |
| David M. King, Esq. | CITY OF SAN MATEO | (650) 342-9600 | dking@carr-mcclellan.com |
| See Appendix I Attached Hereto | | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

                                                      Attorney for Plaintiff

Dated: 12/27/2007

                                                      Jeremy A. Burns
                                                    Attorney for Defendant

Rev 12.05

# APPENDIX I

## NOTICE OF NEED FOR ADR PHONE CONFERENCE

| Name & | Party Representing | Phone No. | E-Mail |
|---|---|---|---|
| TEVITA L. NAUFAHU: Father/Grandfather | In Pro Per | (650) 343-2413 | Unknown |
| KASITALEA GUS NAUFAHU: Father/Parent | In Pro Per | (650) 343-2413 | Unknown |
| LUISA A.P. NAUFAHU: Wife/Parent | In Pro Per | (650) 343-2413 | Unknown |
| DAVID L. NAUFAHU: minor son | In Pro Per | (650) 343-2413 | Unknown |
| GEORGE L. NAUFAHU: minor son | In Pro Per | (650) 343-2413 | Unknown |

**PROOF OF SERVICE**

I am employed by the law firm of Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper. On the date set forth below I served the within:

- **NOTICE OF NEED FOR ADR PHONE CONFERENCE**

on the parties in this action, by placing a true copy thereof in a sealed envelope addressed as follows:

Pro Se Litigants:

Tevita L. Faufahu
(Father/Grandfather)
14 North Humboldt Street
San Mateo, CA 94401

Kasitalea Gus Naufahu
(Father/Parent)
14 North Humboldt Street
San Mateo, CA 94401

Luisa A.P. Naufahu (Wife/Parent)
14 North Humboldt Street
San Mateo, CA 94401

David L. Naufahu (minor son [16])
14 North Humboldt Street
San Mateo, CA 94401

George L. Naufahu (minor son [14])
14 North Humboldt Street
San Mateo, CA 94401

**By placing in office mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Burlingame, California.

1     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 28, 2007

_____
Lori J. Stumpf