# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

TEVITA L. NAUFAHU, et al.

    Plaintiff(s),

v.

CITY OF SAN MATEO, et al.

    Defendant(s).

Case No. C 07 5189 MMC

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/21/2007

    Shawn Mason, Esq.
    [Party]

Dated: 12/20/2007

    Jeremy A. Burns, Esq.
    [Counsel]

**PROOF OF SERVICE**

I am employed by the law firm of Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper. On the date set forth below I served the within:

- **ADR CERTIFICATION BY PARTIES AND COUNSEL**

on the parties in this action, by placing a true copy thereof in a sealed envelope addressed as follows:

Pro Se Litigants:

Tevita L. Faufahu
(Father/Grandfather)
14 North Humboldt Street
San Mateo, CA 94401

Kasitalea Gus Naufahu
(Father/Parent)
14 North Humboldt Street
San Mateo, CA 94401

Luisa A.P. Naufahu (Wife/Parent)
14 North Humboldt Street
San Mateo, CA 94401

David L. Naufahu (minor son [16])
14 North Humboldt Street
San Mateo, CA 94401

George L. Naufahu (minor son [14])
14 North Humboldt Street
San Mateo, CA 94401

**By placing in office mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Burlingame, California.

1      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 28, 2007

                                      Lori J. Stumpf