David M. King, Esq. (Bar No. 95279)
Jeremy A. Burns, Esq. (Bar No. 239917)
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:   (650) 342-7685

Attorneys for Defendant City of San Mateo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVITA L. NAUFAHU: Father/Grandfather; KASITALEA GUS NAUFAHU: Father/Parent; LUISA A.P. NAUFAHU: Wife/Parent; DAVID L. NAUFAHU: minor son; and GEORGE L. NAUFAHU: minor son,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN MATEO, et al.<br><br>Defendants. | No. C 07-05189 MMC<br><br>**DECLARATION OF JEREMY A. BURNS IN SUPPORT OF CASE MANAGEMENT STATEMENT**<br><br>Action Filed: August 15, 2007 |

I, Jeremy A. Burns, declare:

**1.** I am an attorney of Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation, attorneys of record for the City of San Mateo ("San Mateo").

**2.** On December 11, 2007, Gus Naufahu met and conferred with myself and co-counsel, David King about this case in our offices. Although we discussed many aspects of the case, we were unable to address every item that a case management statement must address. In part, this was due to Mr. Naufahu's unfamiliarity with the legal concepts involved.

**3.** In an attempt to file a joint statement, which I understand the Court prefers, on January 7th, I sent a draft of San Mateo's case management statement to Mr. Naufahu via

California Overnight and asked for his positions on the various items addressed in San Mateo's draft so that we could work together to file a statement jointly. A true and correct copy of the cover letter I sent is attached as Exhibit 1 to this declaration.

4. I received a phone message from Mr. Naufahu in response on January 8, which stated that he would send his comments to my attention at my office.

5. Sometime shortly before 4:00 pm on January 10, 2008, I received Mr. Naufahu's proposed joint case management statement. Mr. Naufahu did not give comments about San Mateo's case management statement, but rather provided an entirely different one, which included a lengthy, biased and argumentative recitation of "facts."

6. Given the late time at which I received Mr. Naufahu's lengthy and biased case management statement, I immediately attempted to speak with Mr. Naufahu and called him at approximately 4:00 pm. Because it seemed unlikely that we would be able to revise a document that the parties would both find acceptable in this short span of time, especially considering I was unable to reach him, I left a message that San Mateo would have to file its case management statement separately. In part, I wanted to alert the Mr. Naufahu in sufficient time to allow him to arrange to file his document. However, in the hope that separate statements could be avoided, I also requested that Mr. Naufahu return my call.

7. I left a second message on January 11, 2008 at approximately 11:50 am again asking Mr. Naufahu to contact me. As of the execution of this declaration, Mr. Naufahu has not returned my calls.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 11, 2008

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____
Jeremy A. Burns
Attorneys for Defendant
CITY OF SAN MATEO

Case 3:07-cv-05189-MMC     Document 10     Filed 01/11/2008     Page 3 of 7

**EXHIBIT 1**

## CARR McCLELLAN
INGERSOLL THOMPSON & HORN

Professional Law Corporation

Jeremy A. Burns
*Attorney*

jburns@carr-mcclellan.com

January 7, 2008

Mr. Kasitalea Gus Naufahu
14 North Humboldt
San Mateo, CA 94401

Re:   **Tevita Naufahu et al. v. City of San Mateo**
      *Northern District of California# 07-05189*

Dear Mr. Naufahu:

Please see the attached draft case management statement for your review. I very much enjoyed meeting with you on December 11, 2007, to meet and confer about the case. Unfortunately, I did not get your position on all of the items a case management statement must address. Since the Court prefers that we file a joint statement, let me know what your positions are on the various items in the joint statement, or if you intend to file a statement separately. If your position differs from ours on an item, we can note what your position is and what San Mateo's is (such as different trial dates). Otherwise, San Mateo will file it statement separately.

Best Regards,

*[signature]*

Jeremy A. Burns

JB:ljs

Enclosure

cc: David A. King

26839.00012\BGLIB1\1355400.1

216 Park Road • Burlingame • California 94010

P 650.342.9600
F 650.342.7685

EXHIBIT 1

www.carr-mcclellan.com

Back

California Overnight Account ActivityReport

| Tracking | Date | Del. Name | Address | Zip | Reference | Del. Time | Signed By | Svc | Pkgs | Wgt |
|---|---|---|---|---|---|---|---|---|---|---|
| D10010157160519 | 01/07/2008 | MR. KASITALEA GUS NAUFAHU | 14 14 NORTH HUMBOLDT ST. | 94401 | 26839-1 | 01/08/08 9:15AM fd | | S | 0 | 0.0 |

| Total For: 01/07/2008 | | | | | | | | | 0 | 0.0 |

| Grand Total | | | | | | | | | 0 | 0.0 |

Back

**PROOF OF SERVICE**

I am employed by the law firm of Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper. On the date set forth below I served the within:

- **DECLARATION OF JEREMY A. BURNS IN SUPPORT OF CASE MANAGEMENT STATEMENT**

on the parties in this action, by placing a true copy thereof in a sealed envelope addressed as follows:

Pro Se Litigants:

Tevita L. Faufahu
(Father/Grandfather)
14 North Humboldt Street
San Mateo, CA 94401

Kasitalea Gus Naufahu
(Father/Parent)
14 North Humboldt Street
San Mateo, CA 94401

Luisa A.P. Naufahu (Wife/Parent)
14 North Humboldt Street
San Mateo, CA 94401

David L. Naufahu (minor son [16])
14 North Humboldt Street
San Mateo, CA 94401

George L. Naufahu (minor son [14])
14 North Humboldt Street
San Mateo, CA 94401

**By placing in office mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package

26839.00012\BGLIB1\1346763.1                    1

PROOF OF SERVICE OF ANSWER

1 | was placed in the mail at Burlingame, California.

2 |     I declare under penalty of perjury under the laws of the State of California that the
3 | foregoing is true and correct.

4 | Dated: January 11, 2008

5 |                                       Lori J. Stumpf