**CIVIL MINUTES**

Judge **MAXINE M. CHESNEY**

Date: JAN 18 2008

C-07-5189-MMC

Tevita Naufahu et al v. City of San Mateo

Attorneys: Kasitalea Naufahu    David King

Deputy Clerk: **TRACY LUCERO**    Reporter: Not Reported

**PROCEEDINGS:**    **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference   ( ) P/T Conference   (✓) Case Management Conference [Initial]

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 3/13/09.
Meet & confer by 4/27/09. Joint statement due by 1/30/09.

(✓) ORDER TO BE PREPARED BY:  Plntf___  Deft___  Court ✓

(✓) Referred to Magistrate For: Settlement Conference before Mag. Zimmerman (in March 2008, or as soon thereafter, calendar permitting)
    (✓) By Court
(✓) CASE CONTINUED TO 2/6/09 @ 10:30 for Further Status Conference

Discovery Cut-Off  1/2/09    Expert Discovery Cut-Off  2/27/09
π/Δ Plntf to Name Experts by  1/23/09    π/Δ Rebuttal Deft to Name Experts by  2/6/09

P/T Conference Date  6/2/09 @ 3:00  Trial Date  6/15/09 @ 9:00  Set for  10  days
Type of Trial: (✓)Jury  ( )Court

Notes: Stipulation to amend caption of case to reflect Kasitalea Naufahu as guardian for minors to be submitted to Court.

CC: Wings, Lashanda