UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVITA L. NAUFAHU, et al.,<br><br>      Plaintiff(s),<br><br>   v.<br><br>CITY OF SAN MATEO, et al.,<br><br>      Defendant(s). | No. C07-5189 MMC (BZ)<br><br>**ORDER CONTINUING<br>SETTLEMENT CONFERENCE** |

On February 13, 2008, counsel for defendant requested a continuance of the settlement conference scheduled for March 4, 2008 because of a conflict.  No opposition has been received. **IT IS THEREFORE ORDERED** that the settlement conference is **continued** to **Friday, March 28, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  The settlement conference order otherwise remains in full force and effect.

Dated: February 4, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\NAUFAHU2.CONTINUE.SC.wpd

1