**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: March 28, 2008 @ 9:00 a.m.

TIME: 3 hours 30 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| NAUFAHU V. CITY OF SAN MATEO | C07-5189 MMC (BZ) | ☒ REFERRAL |
| **ATTORNEY(S) FOR PLAINTIFF(S):** | **ATTORNEY(S) FOR DEFENDANT(S):** | |
| Pro Se | David M. King | |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: FTR 12:15:45 - 12:31:17

**PROCEEDINGS**

- ☐ NONDISPOSITIVE MOTION
  - ☐ CONTESTED
  - ☐ UNCONTESTED
- ☐ DISPOSITIVE MOTION
- ☐ EVIDENTIARY HEARING
- ☐ FEE APPLICATION
- ☐ STATUS CONFERENCE

- ☐ INITIAL PRETRIAL CONFERENCE (CMC)
- ☐ DISCOVERY CONFERENCE
- ☒ SETTLEMENT CONFERENCE
- ☐ FINAL PRETRIAL CONFERENCE
- ☐ MOTION HEARING/ARGUMENT
- ☐ IRS ENFORCEMENT ORDERS
- ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF  ☐ DEFENDANT  ☐ COURT

CASE CONTINUED TO: _____

**NOTES**

Case settled.