1  David M. King, Esq. (Bar No. 95279)
     dking@carr-mcclellan.com
2  Jeremy A. Burns, Esq. (Bar No. 239917)
     jburns@carr-mcclellan.com
3  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
4  216 Park Road
   P.O. Box 513
5  Burlingame, California 94011-0513
   Telephone:   (650) 342-9600
6  Facsimile:   (650) 342-7685

7  Attorneys for Defendant City of San Mateo

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| TEVITA L. NAUFAHU: Father/Grandfather; KASITALEA GUS NAUFAHU: Father/Parent; LUISA A.P. NAUFAHU: Wife/Parent; DAVID L. NAUFAHU: minor son; and GEORGE L. NAUFAHU: minor son,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN MATEO, et al.<br><br>Defendants. | No. C 07-05189 MMC<br><br>**PETITION AND CONSENT FOR APPOINTMENT OF GUARDIAN AD LITEM** |

I, Petitioner LUISA A.P. NAUFAHU respectfully request that the Court appoint myself Guardian Ad Litem for my sons David L. Naufahu and George L. Naufahu:

1. Petitioner is the mother of David L. Naufahu and George L. Naufahu, both minors (the "Minors"). David L. Naufahu was born on October 5, 1990 and is 17 years old. George L. Naufahu was born on May 22, 1993 and is 14 years old.

2. David L. Naufahu and George L. Naufahu have participated in the above-captioned lawsuit against the City of San Mateo. In addition, George L. Naufahu desires to settle an unrelated and as yet unfiled lawsuit against the City of San Mateo, stemming from his arrest and detention by the City of San Mateo in 2007 (collectively, "the Lawsuits").

3. It is necessary to appoint a guardian ad litem for the Minors who will have the authority to settle the Lawsuits on their behalf.

4. Petitioner is willing to serve as guardian ad litem for the Minors, is fully competent to understand and protect the rights of the Minors, and has no interest adverse to that of the Minors. Petitioner's consent to serve as guardian ad litem is provided below.

5. The Minors are both at least fourteen years old and their consents are attached below.

**WHEREFORE**, petitioner prays that she be appointed guardian ad litem for David L. Naufahu and George L. Naufahu for the purpose of settling the Lawsuits, if as guardian ad litem, Luisa A.P. Naufahu determines that said actions are in the best interests of the Minors, and for such other orders as the Court deems proper.

Dated: 4-9th-08, 2008

_____
LUISA A.P. NAUFAHU

## CONSENT OF LUISA A.P. NAUFHAU

## TO APPOINTMENT AS GUARDIAN AD LITEM

I, LUISA A.P. NAUFAHU, consent to serve as guardian ad litem for DAVID L. NAUFAHU and GEORGE L. NAUFAHU, the Minors.

4-9th-08
Date

_____
LUISA A.P. NAUFAHU

## CONSENT OF DAVID L. NAUFAHU AND GEORGE L. NAUFAHU

## TO APPOINTMENT OF GUARDIAN AD LITEM

We, DAVID L. NAUFAHU and GEORGE L. NAUFAHU, the minors for whom a guardian ad litem is sought in the above petition, consent to the appointment of our mother, Luisa A.P. Naufahu to serve as our guardian ad litem.

4/9/08
Date

_____
DAVID L. NAUFAHU

4/9/08
Date

_____
GEORGE L. NAUFAHU