David M. King, Esq. (Bar No. 95279)
dking@carr-mcclellan.com
Jeremy A. Burns, Esq. (Bar No. 239917)
jburns@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685

Attorneys for Defendant City of San Mateo

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORIA**

| | |
|---|---|
| TEVITA L. NAUFAHU: Father/Grandfather; KASITALEA GUS NAUFAHU: Father/Parent; LUISA A.P. NAUFAHU: Wife/Parent; DAVID L. NAUFAHU: minor son; and GEORGE L. NAUFAHU: minor son,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN MATEO, et al.<br><br>Defendants. | No. C 07-05189 MMC<br><br>**[PROPOSED] ORDER APPROVING APPOINTMENT OF GUARDIAN AD LITEM** |

Before the Court is a Petition for Appointment of Guardian Ad Litem. After careful consideration of the Petition, all papers filed in support of the Petition, and the complete records on file in this action, it is the Court's opinion that the Petition be granted.

Accordingly, it is hereby ORDERED that the Petition to appoint LUISA A.P. NAUFAHU Guardian Ad Litem for David L. Nauahu and George L. Naufahu is GRANTED.

**IT IS SO ORDERED:**

DATED:______________________

______________________________
Maxine M. Chesney
United States District Court Judge