David M. King, Esq. (Bar No. 95279)
  dking@carr-mcclellan.com
Jeremy A. Burns, Esq. (Bar No. 239917)
  jburns@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:    (650) 342-9600
Facsimile:    (650) 342-7685

Attorneys for Defendant City of San Mateo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| TEVITA L. NAUFAHU: Father/Grandfather; KASITALEA GUS NAUFAHU: Father/Parent; LUISA A.P. NAUFAHU: Wife/Parent; DAVID L. NAUFAHU: minor son; and GEORGE L. NAUFAHU: minor son,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN MATEO, et al.<br><br>Defendants. | No. C 07-05189 MMC<br><br>**JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

The Parties jointly respectfully request that the Court seal the accompanying Petition for Approval of Settlement Agreement ("Petition").

To allow the Court to make its determination of approval, the Petition contains the facts of the case. Both in the Petition's body and in its supporting exhibits (the parties' respective confidential settlement statements), there are sensitive facts involving minors and involving police investigations. The Court should ensure this information remain private. In addition, much of the information contained within the Petition and the supporting exhibits is derived from police investigation files, protected by the California Penal Code from disclosure. Cal. Penal.

Code §§ 832.5, 832.7, and 832.8

Redaction alone, pursuant to Local Rule 79-5(c), would not sufficiently protect the confidentiality of the various minors or law enforcement officers involved in this case, since inferences could be made concerning the redacted sections and the Parties.

Dated: April 24, 2008

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: /s/ Jeremy A. Burns
Jeremy A. Burns
Attorneys for Defendant

Dated: April 21, 2008

By: /s/ Tevita L. Naufahu
Tevita L. Naufahu

Dated: April 21, 2008

By: /s/ Kasitalea Gus Naufahu
Kasitalea Gus Naufahu

Dated: April 21, 2008

By: /s/ Luisa A.P. Naufahu
Luisa A.P. Naufahu

Dated: April 21, 2008

By: /s/ Luisa A.P. Naufahu
Luisa A.P. Naufahu as Guardian ad Litem for David L. Naufahu

Dated: April 21, 2008

By: _____
Luisa A.P. Naufahu as Guardian ad Litem for George L. Naufahu