1    David M. King, Esq. (Bar No. 95279)
       dking@carr-mcclellan.com
2    Jeremy A. Burns, Esq. (Bar No. 239917)
       jburns@carr-mcclellan.com
3    CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
       Professional Law Corporation
4    216 Park Road
     P.O. Box 513
5    Burlingame, California 94011-0513
     Telephone:    (650) 342-9600
6    Facsimile:    (650) 342-7685

7    Attorneys for Defendant City of San Mateo

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORIA

10

11   TEVITA L. NAUFAHU:                          No. C 07-05189 MMC
12   Father/Grandfather; KASITALEA GUS
     NAUFAHU: Father/Parent; LUISA A.P.          **DECLARATION OF JEREMY BURNS IN**
13   NAUFAHU: Wife/Parent; DAVID L.              **SUPPORT OF ADMINISTRATIVE**
     NAUFAHU: minor son; and GEORGE L.           **MOTION TO FILE UNDER SEAL**
14   NAUFAHU: minor son,                         **PURSUANT TO LOCAL RULE 79-5(b)**

15                     Plaintiffs,

16          vs.

17   CITY OF SAN MATEO, et al.

18                     Defendants.

19

20          I, Jeremy Burns, declare:

21          **1.**     I am an attorney with the law firm of Carr, McClellan, Ingersoll, Thompson and

22   Horn, attorneys of record for Defendant City of San Mateo.

23          **2.**     The Parties have executed a settlement agreement.  Because two of the Plaintiffs

24   are minors, the Parties seek the Court's approval of the settlement agreement in the concurrently

25   filed Petition for Approval of Settlement Agreement ("Petition").

26          **3.**     To allow the Court to make its determination, the Petition contains the facts of the

27   case.  Both in the Petition's body and in its supporting exhibits (the parties' respective

28

26839.00012\BGLIB1\1365745.1                                    No. C 07-05189 MMC

                                                                  Burns Decl. ISO Motion to File Under Seal

1    confidential settlement statements), there are sensitive facts involving minors and involving

2    police investigations.

3    **4.**    Redaction alone, pursuant to Local Rule 79-5(c), would not sufficiently protect

4    the confidentiality of the various minors or law enforcement officers involved in this case, since

5    inferences could be made concerning the redacted sections and the named Parties.

6    I declare under the laws of the United States that the foregoing is true and correct.

7

8    Dated: April 28, 2008

9    CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
     Professional Law Corporation

10

11

12    By: _____
           Jeremy A. Burns
           Attorneys for Defendant
13         City of San Mateo

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

26839.00012\BGLIB1\1365745.1                    2                    No. C 07-05189 MMC

Burns Decl. ISO Motion to File Under Seal