David M. King, Esq. (Bar No. 95279)
dking@carr-mcclellan.com
Jeremy A. Burns, Esq. (Bar No. 239917)
jburns@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:    (650) 342-9600
Facsimile:     (650) 342-7685

Attorneys for Defendant City of San Mateo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORIA

TEVITA L. NAUFAHU: Father/Grandfather; KASITALEA GUS NAUFAHU: Father/Parent; LUISA A.P. NAUFAHU: Wife/Parent; DAVID L. NAUFAHU: minor son; and GEORGE L. NAUFAHU: minor son,

Plaintiffs,

vs.

CITY OF SAN MATEO, et al.

Defendants.

No. C 07-05189 MMC

[PROPOSED] ORDER TO FILE UNDER SEAL

Before the Court is a Joint Administrative Motion to File Under Seal. After careful consideration of all papers filed in support of the Joint Administrative Motion, and the complete records on file in this action, it is the Court's opinion that the Motion be granted.

Accordingly, it is hereby ORDERED that the Joint Administrative Motion to File Under Seal is GRANTED.

**IT IS SO ORDERED:**

DATED: _____

_____
Maxine M. Chesney
United States District Court Judge