1  David M. King, Esq. (Bar No. 95279)
   CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
2  Professional Law Corporation
   216 Park Road
3  P.O. Box 513
   Burlingame, California 94011-0513
4  Telephone:   (650) 342-9600
   Facsimile:    (650) 342-7685
5
   Attorneys for Defendant City of San Mateo
6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 | TEVITA L. NAUFAHU: Father/Grandfather; KASITALEA GUS NAUFAHU: Father/Parent; LUISA A.P. NAUFAHU: Wife/Parent; DAVID L. NAUFAHU: minor son; and GEORGE L. NAUFAHU: minor son, | No. C 07-05189 MMC
12 | | **PROOF OF SERVICE OF JOINT ADMINISTRATION MOTION TO FILE UNDER SEAL; DECLARATION OF JEREMY BURNS IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND [PROPOSED] ORDER TO FILE UNDER SEAL**
13 | Plaintiffs, |
14 | vs. |
15 | CITY OF SAN MATEO, et al. | Action Filed: August 15, 2007
16 | Defendant. |

19      I am employed by the law firm of Carr, McClellan, Ingersoll, Thompson & Horn

20 Professional Law Corporation in the County of San Mateo, California. I am over the age of

21 eighteen (18) years and not a party to the within action. My business address is 216 Park Road,

22 P.O. Box 513, Burlingame, California 94011-0513.

23      I certify that the original papers filed with the Court and all copies of papers, documents,

24 and exhibits, whether filed with the Court or served on other parties, are prepared on recycled

25 paper.

26      On the date set forth below I served the within:

27 / / / /

28 / / / /

26839.00012\BGLIB1\1346644.1                      1                      C 07-05189 MMC

PROOF OF SERVICE

1  - **PETITION AND CONSENT FOR APPOINTMENT OF GUARDIAN AD LITEM; AND**

2  - **[PROPOSED] ORDER TO FILE UNDER SEAL**

on the parties in this action, by placing a true copy thereof in a sealed envelope addressed as follows:

Pro Se Litigants:

Tevita L. Faufahu (Father/Grandfather)
14 North Humboldt Street
San Mateo, CA  94401

Kasitalea Gus Naufahu (Father/Parent)
14 North Humboldt Street
San Mateo, CA  94401

Luisa A.P. Naufahu (Wife/Parent)
14 North Humboldt Street
San Mateo, CA  94401

David L. Naufahu (minor son [16])
14 North Humboldt Street
San Mateo, CA  94401

George L. Naufahu (minor son [14])
14 North Humboldt Street
San Mateo, CA  94401

**By placing in office mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Burlingame, California.

////

////

////

1        I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.

Dated: **April 29, 2008**



Lori J. Stumpf