David M. King, Esq. (Bar No. 95279)
  dking@carr-mcclellan.com
Jeremy A. Burns, Esq. (Bar No. 239917)
  jburns@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California  94011-0513
Telephone:    (650) 342-9600
Facsimile:    (650) 342-7685

Attorneys for Defendant City of San Mateo

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| TEVITA L. NAUFAHU: Father/Grandfather; KASITALEA GUS NAUFAHU: Father/Parent; LUISA A.P. NAUFAHU: Wife/Parent; DAVID L. NAUFAHU: minor son; and GEORGE L. NAUFAHU: minor son,<br><br>        Plaintiffs,<br><br>   vs.<br><br>CITY OF SAN MATEO, et al.<br><br>        Defendants. | No. C 07-05189 MMC<br><br>**[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT** |

Before the Court is a Petition for Approval of Settlement Agreement.  After careful consideration of the Petition, all papers filed in support of the Petition, and the complete records on file in this action, it is the Court's opinion that the Petition be granted.

Accordingly, the Court hereby APPROVES of the settlement of the above-captioned lawsuit and the separate mistaken-identification arrest under the terms of the settlement agreement.

**IT IS SO ORDERED:**

DATED:_____          _____

Maxine M. Chesney
United States District Court Judge

1

## PROOF OF SERVICE

2   I am employed by the law firm of Carr, McClellan, Ingersoll, Thompson & Horn

3   Professional Law Corporation in the County of San Mateo, California. I am over the age of

4   eighteen (18) years and not a party to the within action. My business address is 216 Park Road,

5   P.O. Box 513, Burlingame, California 94011-0513.

6   I certify that the original papers filed with the Court and all copies of papers, documents,

7   and exhibits, whether filed with the Court or served on other parties, are prepared on recycled

8   paper. On the date set forth below I served the within:

9   • **[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT**

10   on the parties in this action, by placing a true copy thereof in a sealed envelope addressed as

11   follows:

12   <u>Pro Se Litigants:</u>

13   Tevita L. Faufahu                     Kasitalea Gus Naufahu
14   (Father/Grandfather)                  (Father/Parent)
     14 North Humboldt Street             14 North Humboldt Street
15   San Mateo, CA 94401                   San Mateo, CA 94401

16   Luisa A.P. Naufahu (Wife/Parent)      David L. Naufahu (minor son [16])
     14 North Humboldt Street             14 North Humboldt Street
17   San Mateo, CA 94401                   San Mateo, CA 94401

18
     George L. Naufahu (minor son [14])
19   14 North Humboldt Street
     San Mateo, CA 94401
20

21   **By placing in office mail.** I enclosed the documents in a sealed envelope or package

22   addressed to the persons at the addresses listed above and placed the envelope for collection and

23   mailing, following our ordinary business practices. I am readily familiar with this business's

24   practice for collecting and processing correspondence for mailing. On the same day that

25   correspondence is placed for collection and mailing, it is deposited in the ordinary course of

26   business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I

27   am a resident or employed in the county where the mailing occurred. The envelope or package

28   was placed in the mail at Burlingame, California.

1        I declare under penalty of perjury under the laws of the State of California that the

2    foregoing is true and correct.

3    Dated: April 29, 2008

4                                             Lori J. Stumpf

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE OF ANSWER