**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   TEVITA L. NAUFAHU;                          No. C 07-5189 MMC
     Father/Grandfather; KASITALEA GUS
12   NAUFAHU; Father/Parent; LUISA A. P.         **ORDER GRANTING PETITION FOR**
     NAUFAHU; Wife/Parent; DAVID L.              **APPOINTMENT OF GUARDIAN AD**
13   NAUFAHU; minor son; GEORGE L.               **LITEM; DEFERRING RULING ON**
     NAUFAHU; minor son,                         **PETITION FOR APPROVAL OF**
14                                               **SETTLEMENT AGREEMENT;**
                 Plaintiffs,                     **DIRECTIONS TO PETITIONER**
15
           v.
16
     CITY OF SAN MATEO, et al.
17
                 Defendants.
18   _____/

19

20        Before the Court are the "Petition and Consent for Appointment of Guardian Ad

21   Litem" and "Petition for Approval of Settlement Agreement," each filed April 29, 2008.  By

22   the former petition, plaintiff Luisa A. P. Naufahu ("petitioner") seeks to be appointed

23   guardian ad litem for plaintiffs David L. Naufahu and George L. Naufahu, each of whom is

24   the minor child of petitioner; upon consideration of the papers filed in support of such

25   request, the Petition for Appointment of Guardian Ad Litem will be granted.

26        At present, however, petitioner is appearing pro se and, consequently, she may not,

27   either as a parent or a guardian, represent her minor children in the action.  See Johns v.

28   County of San Diego, 114 F.3d 874, 877 (9th Cir. 1997) (holding "a parent or guardian

1  cannot bring an action on behalf of a minor child without retaining a lawyer").  In order to

2  pursue the claims brought on behalf of the minor plaintiffs, petitioner must either obtain

3  counsel, or request referral to the Federal Pro Bono Project for the purpose of having

4  volunteer counsel appointed.

5       Accordingly:

6       1.  The Court hereby GRANTS the Petition for Appointment of Guardian Ad Litem

7  and hereby appoints Luisa A. P. Naufahu as Guardian Ad Litem for David L. Naufahu and

8  George L. Naufahu.

9       2.  The Court hereby DEFERS ruling on the Petition for Approval of Settlement

10  Agreement to afford petitioner the opportunity to either obtain counsel or request referral to

11  the Federal Pro Bono Project.

12       3.  Petitioner is hereby DIRECTED to file, no later than June 6, 2008, a status report

13  advising the Court as to which of said options petitioner has elected.

14       **IT IS SO ORDERED**.

15  Dated: May 21, 2008

16                          MAXINE M. CHESNEY
                            United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2