IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN -2 AM 10: 01
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CASE NO. C07-5189-MMC

Tevita L. Naufahu
Father/Grandfather
Kasitalea Gus Naufahu - Father / Parent
Luisa A. P. Naufahu - Mother / Parent
David L. Naufahu - Minor son - 17 years old
George L. Naufahu - Minor son - 15 years olf son.

Plaintiffs.

v.

City of San Mateo, et al   DEFENDANT

Response to Her Honor Maxine M. Chesney - United States Federal Judge ORDER For The Plaintiffs, or to Luisa A. P. Naufahu (Petitioner) - Guardian ad litem for the Plaintiffs David L. Naufahu and George L. Naufahu To Obtain Legal Counsel / Lawyer or Request Referral To The Federal Pro Bono Project for the purpose of having volunteer Counsel appointed.

I, Luisa A. P. Naufahu, hereby ask respectfully please The United States District Court for The Northern District of California for a referral of the Plaintiffs' Case to The Federal Pro Bono Project for the purpose of having volunteer Counsel appointed to handle and provide free Legal Representation / and advise regarding our Case Settlement against The City of San Mateo due to the following reasons:

1. The Plaintiffs, including the Petitioner - Luisa A. P. Naufahu, do not have money to hire a private attorney to represent our Case before the Court;

2. In December 18th of last year, 2007, when my husband, Kasitalea Gus Naufahu appeared before Honorable Judge Maxine M. Chesney, he told the Judge that his family, the Plaintiffs, could not afford to hire a Lawyer, because we do not have the money, nor the financial resources to do that;

3. The Lawyer for The City of San Mateo was present when this information was given to Judge Chesney, and she did not object at all for the Plaintiffs' Self-Representation of their own said Case before the Court;

Moreover, Judge Chesney told David King, the Lawyer for The City of San Mateo to get a letter in writing for either one of the Parents of the two (2) minor sons to Act, or be Appointed as Legal Guardian Ad Litem;

page 1

4. Every Lawyer that my husband Gus called, they themselves all asked for Money Up Front, or else Money to be put down as Retainer Fee(s), money that the Plaintiffs simply do not have.

The decision by Her Honor Judge Chesney to defer the Case Settlement until the Plaintiffs obtain a Lawyer, or a referral to The Federal Pro Bono Project is hugely disappointing, to put it mildly.

Why did not Her Honor Judge Chesney tell that to my husband Gus that in December 18th of last year, 2007, when they met in Her Honor's Courtroom: to get a Lawyer to Represent the Plaintiffs' two (2) minor sons, rather than all this Long-time waiting until the Case was Settled on March 28th of this year, 2008.

Her Honor Judge Chesney had Assigned our Case to His Honor Judge Zimmerman for a Case Settlement Conference on March 28th, 2008.

The Plaintiffs, and The City of San Mateo's Lawyer, including a woman Authorized by The City of San Mateo to Settle The Case.

His Honor Judge Zimmerman had done an exemplary excellent job to have brought both sides to Agree to Settle the Case.

We had all agreed to the Dollar-Amount, of the Settlement, including the Terms of the Case Settlement Agreement.

We were all in His Honor Judge Zimmerman's Courtroom from 9 AM in the morning, to a little over three (3) Hours to finally Settled the Case.

We left the Courtroom after 12 Noon that day.

## WHERE IS THE INTEGRITY OF THE COURT? YOUR HONOR JUDGE CHESNEY:

1. Her Honor Judge Chesney, even in December 18th of last year, 2007, had never ever told my husband Kasitalea Gus Naufahu, that the Plaintiffs should get a Lawyer to Represent them, because there are Minors involved in the Case.

Why then wait for May 21st, 2008 to ask for Legal Representation for the Plaintiffs' Case, or to Referral to The Federal Pro Bono Project?

Does Her Honor Judge Chesney exercise Fitness to serve as Judge in The United States Federal Court for Her Honor Judge Chesney had changed her position/decision from December 18th 2007 till May 21st 2008?

2. Why wait until the Case is Settled?

Why then asked His Honor Judge Zimmerman to Settle the Case for Her: Judge

1  Chesney on March 28th, 2008?

2  Does Her Honor Judge Chesney trust His Honor Judge Zimmerman's ability to
3  Settle Cases?

   Does Her Honor Judge Chesney trust the Plaintiffs' Ability to Settle our Case
4  against the City of San Mateo?

5  Does Her Honor Judge Chesney trust the Capability of the Lawyer for The City
6  to Settle the Case?

7  Does Her Honor Judge Chesney understand and have firm grasp with reality as to
   comprehension and significance of peoples' time, as to value, and worth of their
8  time?

9  Some people have to ask for time-off to Appear in Court.
10
   3.  What good does it do to get a Lawyer from The Federal Pro Bono Project to
11 provide Free Legal Representation for the Plaintiffs' Case?

12 The Plaintiffs do not see any good / or anything meritworthy that will change
13 the Outcome of this Case Settlement.

14 4.  The Plaintiffs had already made up our own minds to Settle this Case on
15 March 28th, 2008.  Nothing will change our minds.

16 If this Case is Not Settled by the last week of June 2008, the Plaintiffs &
   Luisa A. P. Naufahu will then Ask of the Court for a Hearing in which His Honor
17 Judge Zimmerman, the City of San Mateo, and their Lawyer, and You Yourself
18 Judge Chesney be all brought together to please Explain to the Court whether
19 it is necessary for the Plaintiffs at this time to get a Lawyer, or Referral
   to The Federal Pro Bono Project regarding this Case Settlement.
20
   The Plaintiffs also feel that this is an attempt by Her Honor Judge Chesney
21 to prevent, and obstruct the Plaintiffs from getting their Settlement Money.

22 Moreover, the Plaintiffs also feel that Her Honor Judge Chesney is now trying
23 to prolong this Case, and hopefully, the City of San Mateo, somehow will find
24 a way out not to pay the Plaintiffs any money at all.

25 Furthermore, the Plaintiffs also feel that Her Honor Judge Chesney' Judicial
   Decision is exceedingly Discriminatory, to say the very least.
26
27 Dated: May 27, 2008

28
                                    page 3

Respectfully submitted,

by

*[signature: Naufahu]*

Luisa A. P. Naufahu
(Guardian Ad Litem), Petitioner
14 North Humboldt Street
San Mateo, California 94401
(650) 343-2413

page 4