```
 1  Her Honor The Honorable Maxine M. Chesney
    United States District Judge                         FILED
 2  Office of The Clerk Richard Weiking
    United States District Court                    08 JUN -2 AM 10: 01
 3  450 Golden Gate Avenue
    San Francisco, California 94102                 RICHARD W. WIEKING
 4                                                  CLERK. U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA
 5        IN  THE  UNITED  STATES  DISTRICT  COURT

 6        FOR  THE  NORTHERN  DISTRICT  OF  CALIFORNIA

 7
    Tevita L. Naufahu                      CASE NO. C 07-5189 MMC
 8  (Father / Grandfather)
    Kasitalea Gus Naufahu                  REQUESTING AN EXTENSION
 9  (Father / Parent)                      OF THE JUNE 6TH, 08 DEADLINE
    Luisa A. P. Naufahu                    BY HER HONOR JUDGE MAXINE M.
10  (Mother / Parent)                      CHESNEY FOR THE PLAINTIFFS
    David L. Naufahu - (Minor Son)         & LUISA A. P. NAUFAHU
11  George L. Naufahu - (Minor Son)        TO FILE A STATUS REPORT
                                           ADVISING THE COURT
12        Plaintiffs                       AS TO WHICH OF SAID OPTIONS
                                           PETITIONER HAS ELECTED.
13  v.

14  City of San Mateo, et al.

15        Defendants
```

17  The Plaintiffs & Luisa A. P. Naufahu - Petitioner & Guardian Ad Litem
18  for David L. Naufahu & George L. Naufahu, our two (2) minor sons, involving
    in two (2) said Cases against the City of San Mateo which were Settled
19  on March 28th, 2008 by His Honor Judge Bernard Zimmerman; hereby ask
20  to extent please the June 6th, 08 deadline to the last week of June, 2008:
21  to Friday, June 27th, 08, to allow the Plaintiffs & Luisa A. P. Naufahu
    ample time to find a lawyer to represent us in signing the Settlement Papers
22  against the City of San Mateo.

23  Also, to allow us time to contact the Federal Pro Bono Project to see if they
24  have a lawyer to take our Case, and to handle it Gratis free-of-charge.

25  The Plaintiffs & Luisa A. P. Naufahu had contacted a private lawyer this week,
    May 27th, 08. He would charge us a fee of close to $1,000, or more, to talk
26  to us, and to sign off the Settlement Papers.

27  The Plaintiffs & Luisa A. P. Naufahu had also called the Federal Pro Bono Proje-
28  ct this week, May 29th, 08, and was referred to The American Bar Association.

page 1

1. We will call them on Monday June 2nd, 08, to see if they have a lawyer to help our Case Gratis free-of-charge. We don't know how long that will take.

2. The Plaintiffs & Luisa A. P. Naufahu need more time to find a Lawyer to represent us to comply with Court-Order.

3. We feel that the June 6th, 08, deadline is unrealistic, for we may not be able to meet that said deadline. Therein, is the reason we want to request an Extension to June 27th, 08, so as to comply with the Court-Order.

4. We DO NOT have the money nor the financial resource(s) to pay a private lawyer if he / she demands a lot of money up-front.

5. We can AFFORD something like $200 - $1,000 but not anything over that amount, and that's basically the MAIN REASON why we had WANTED to Settle our Case in the FIRST place.

6. Moreover, we DO NOT know how long it would take us to get a free lawyer from The American Bar Association to help us with our Case at this time.

7. We want the Court to please know that we are considered a Low-Income Family based on The Federal Poverty Guideline.

8. After we pay our Rent, two (2) vehicles, and Auto Insurance, Food, Gasoline, Laundry, Tuition for our 20 year old daughter who had recently Graduated from a Private College, et cetra, and Premiums for our Life Insurance, every month, month in-month out. After all that, we just don't have the necessary money to last us till the end of the month. We live from paycheck to paycheck.

9. Your Honor's prompt and immediate attention please to this said Request is greatly appreciated, and we all hope to hear from Your Honor soon.

P. S. :The Plaintiffs & Luisa A. P. Naufahu also plan to ask The Presiding Judge of The United States District Court for The Northern District of California for a HEARING between Your Honor, and His Honor Judge Zimmerman, and the lawyer who represents the City of San Mateo regarding the Case Settlement which was Agreed upon by the Plaintiffs, and the City of San Mateo.

The Plaintiffs & Luisa A. P. Naufahu like to know as to the REASON why Your Honor SET ASIDE a Case that was ALREADY SETTLED by one of YOUR HONOR'S OWN JUDGE, JUDGE ZIMMERMAN.

IN JANUARY 18th, of this year, 2008, Your Honor asked the City of San Mateo's lawyer, David King, to draft a letter in writing as to show either One of the Parents of the two (2) Minors as GUARDIAN AD LITEM. This should be in the

1 record(s) of the Court in January 18th, 08, when I appeared in Your Honor's Court, with David King on that date.

When we Settled our CASE in MARCH 28th, 2008, His Honor Judge Zimmerman had ORDERED David King to make one of the Parents of the two (2) MINOR SONS as a GUARDIAN AD LITEM in order to LEGALLY SETTLED the Case.

You, Your Honor Judge Maxine M. Chesney said the very SAME THING in January 18th of this year, 2008.

WHY NOW DOES YOUR HONOR JUDGE MAXINE M. CHESNEY SUDDENLY CHANGE YOUR POSITION / COURT ORDER from January 18th, 2008, to May 21st, 2008?.

WHY DID NOT YOUR HONOR TELL ME THAT IN JANUARY 18th, 2008, WHEN I APPEARED BEFORE YOUR HONOR IN YOUR HONOR'S OWN COURT ON THAT VERY DATE? SPECIFICALLY THAT I NEED TO FIND A LAWYER TO REPRESENT US, OR EVEN TO CONTACT THE FEDERAL PRO BONO PROJECT / OR, THE AMERICAN BAR ASSOCIATION.

The Plaintiffs at this time DO NOT KNOW as to how LONG it would take to FINALLY SETTLE THIS CASE.

Dated: May 31st, 2008

Respectfully submitted,

by _____

Luisa A. P. Naufahu

(Guardian ad litem) - Petitioner