United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVITA L. NAUFAHU; Father/Grandfather; KASITALEA GUS NAUFAHU; Father/Parent; LUISA A. P. NAUFAHU; Wife/Parent; DAVID L. NAUFAHU; minor son; GEORGE L. NAUFAHU; minor son,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF SAN MATEO, et al.<br><br>    Defendants.<br>_____/ | No. C 07-5189 MMC<br><br>**ORDER DENYING AS MOOT PETITIONER'S REQUEST FOR EXTENSION** |

    By order dated May 21, 2008, the Court appointed Luisa A. P. Naufahu ("petitioner") Guardian Ad Litem for minor plaintiffs David L. Naufahu and George L. Naufahu and deferred ruling on the Petition for Approval of Settlement Agreement to afford petitioner the opportunity to either obtain counsel or request referral to the Federal Pro Bono Project for the purpose of having volunteer counsel appointed. By the same order, the Court directed petitioner to notify the Court, no later than June 6, 2008, which of said options petitioner had elected.

    On May 28, 2008, petitioner filed a response, in which she seeks referral to the Federal Pro Bono Project. Thereafter, on June 2, 2008, petitioner requested an extension

of the June 6, 2008 deadline, to permit petitioner the opportunity to retain an attorney or to secure volunteer representation. By the filing of her response on May 28, 2008, however, petitioner has complied with the Court's order, and the Court, by separate order filed concurrently herewith, has referred the matter to the Federal Pro Bono Project.

Accordingly, because petitioner has complied with the Court's order on May 28, 2008, petitioner's request to extend the June 6, 2008 deadline is hereby denied as moot.

**IT IS SO ORDERED**.

Dated: June 5, 2008

MAXINE M. CHESNEY
United States District Judge