United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVITA L. NAUFAHU; Father/Grandfather; KASITALEA GUS NAUFAHU; Father/Parent; LUISA A.P. NAUFAHU; Wife/Parent; DAVID L. NAUFAHU; minor son; GEORGE L. NAUFAHU; minor son,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF SAN MATEO, et al.<br><br>    Defendants.<br>_____/ | No. C -07-5189  MMC<br><br>**ORDER REFERRING PLAINTIFF LUISA A.P. NAUFAHU TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

    Plaintiff Luisa A.P. Naufahu, Guardian Ad Litem for minor plaintiffs David L. Naufahu and George L. Naufahu, having requested and being in need of counsel to assist her in this matter and good and just cause appearing,

    IT IS HEREBY ORDERED that Luisa A.P. Naufahu shall be referred to the Federal Pro Bono Project in the manner set forth below:

    1.    The Clerk of this Court shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF")/Santa Clara County Bar Association ("SCCBA") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by the BASF/SCCBA that an attorney has been located to represent plaintiff Luisa A.P. Naufahu, that attorney shall be appointed as counsel for plaintiff Luisa A.P. Naufahu in this matter until further order of the Court.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent plaintiff Luisa A.P. Naufahu in this action.

IT IS SO ORDERED.

Dated: June 5, 2008

_____
MAXINE M. CHESNEY
United States District Judge