IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tevita L. Naufahu - Grandfather<br>Kasitalea Gus Naufahu - Father / Parent<br>Luisa A. P. Naufahu - Mother / Parent<br>David L. Naufahu - Minor Son 17 years old<br>George L. Naufahu - Minor Son 15 years old<br><br>Plaintiffs<br><br>v.<br><br>City of San Mateo, et al<br><br>Defendants | CASE NO. C 07 - 5189 MMC<br><br>REQUESTING A HEARING BEFORE HIS HONOR THE CHIEF JUDGE VAUGHN R. WALKER REGARDING A CASE SETTLEMENT IN MARCH 28, 2008, NOW VACATED, SET ASIDE, AND DISAPPROVED OF BY HONORABLE JUDGE MAXINE M. CHESNEY |

The Plaintiffs & Luisa A. P. Naufahu - Petitioner, and Guardian ad Litem hereby ask His Honor The Chief Judge Vaughn R. Walker for a HEARING please regarding two (2) Cases against The City of San Mateo that were Settled earlier this year in March 28th, 2008.

Judge Maxine M. Chesney had Assigned the two (2) Cases to Settle by Honorable Judge Bernard Zimmerman.  In March 28th, 2008, Judge Zimmerman had met with the Plaintiffs, and the lawyer for The City of San Mateo, David King, and a woman Authorized by the City of San Mateo to Settle the two (2) Cases.

We therefore all met at Judge Zimmerman's Courtroom at 9AM in the morning till shortly after 12 Noon to Settle the two (2) Cases.  Judge Zimmerman had done an extraordinary, profound job in bringing both sides to agree on a Settlement.  We were there for a little over three (3) hours.

We all agreed on the dollar amount, and to all the legal terms of the said Agreement.

Judge Zimmerman had explained in clarity the legal issues involved in both Cases, and the Plaintiffs are permanently grateful for his skillful insight, profundity of legal knowledge, and outstanding expertise in helping the Plaintiffs really understood the laws, and their application, and applicability to the facts of both Cases against the City of San Mateo.

Judge Zimmerman even wrote some legal issues on a huge Table Top Pad in his Office when he explained to the Plaintiffs the legal issues, and the laws.

page 1

In three (3) hours or so we were in Judge Zimmerman's Office, and Judge Zimmerman had indeed helped us understood the legal issues, and laws involved in our two (2) Cases.

Our two (2) minor sons also understood the legal issues, and laws clearly explained by Judge Zimmerman, and for which we are all immensely thankful for.

Judge Zimmerman had also allowed us - the Plaintiffs to ask questions of anything about the legal issues, and laws he had explained to us. I realize he had wanted to make us truly understand what's truly involved, and thus to ensure that we understood everything, before he would allow us, the Plaintiffs, and the City of San Mateo to Settle the two (2) Cases.

The Plaintiffs & Luisa A. P. Naufahu - the Petitioner & Guardian ad litem hereby heartily acknowledge that Judge Zimmerman had done an exemplary excellent job in explaining everything to us before we all agreed to Settle the two (2) Cases.

What need to be emphasized is that if the Plaintiffs did not understand the legal issues, and laws relating to our two (2) Cases, WE WOULD NOT AGREE TO A CASE SETTLEMENT at all.

There was a student from Hastings Law School, an intern that sat in during the Case Settlement Conference in Judge Zimmerman's Office with us, the Plaintiffs.

Before the two (2) Cases were Settled, Judge Zimmerman then asked the lawyer for the City of San Mateo, David King to designate one of the parents of the two (2) minor sons as Guardian ad litem in ORDER to Settle the Cases to which Mr. King agreed, and had complied with.

1. In January 18th, 2008:

   Kasitalea Gus Naufahu, the father of the two minor sons, had appeared before Judge Maxine M. Chesney as part of a Case Settlement Conference with the City of San Mateo.

The lawyer for the City was present as well. Judge Chesney then asked Mr. Naufahu if he had a lawyer. Mr. Naufahu then replied, "the Plaintiffs are unable to afford a lawyer, nor has the financial resources to get one."

Every lawyer Mr. Naufahu had called, they would ask for money up front, or, for retainer fee(s) of which the Plaintiffs do not have.

page 2

Judge Chesney then asked David King to prepare a Statement about making Mr. Naufahu as a Guardian ad litem in case the Case is Settled out-of-Court, to which David King had agreed to do.

2. In March 28th, 2008, Judge Chesney Assigned the Case to Judge Bernard Zimmerman for a Csee Settlement Conference:

The Plaintiffs, and the City of San Mateo's lawyer, David King, and a woman from the City who was Authorized to Settle the two (2) Cases.

We were at Judge Zimmerman's Office for a little over three (3) hours, and finally both sides then agreed to Settle the two (2) Cases.

Judge Zimmerman did talk to both sides in order to bring us to agree on how much the said Cases be Settled for, and also as to how much each Plaintiff should get.

Since there are five (5) members in the Plaintiffs' Case(s): this is how the breakdown of how much each Plaintiff should get.

The total amount of the Settlement agreed upon was $40,000:

George L. Naufahu - Minor son 15 years old:    $20,000
David L. Naufahu - Minor son 17 years old:    $1,000
Tevita L. Naufahu - 80 years old Grandfather $2,000
Kasitalea Gus Naufahu - Father of the two minor sons: $9,000
Luisa A. P. Naufahu - Mother of the two minor sons:    $8,000

3. Where is The Integrity of The Court: specifically, especially Judge Maxine M. Chesney.

Judge Chesney is now trying to require the Plaintiffs to hire a lawyer to represent the Plaintiffs, because there are two (2) minors involved in these two (2) Cases against the City of San Mateo.

In January 18th, 2008, Kasitalea Gus Naufahu had made it clear to Judge Chesney that the Plaintiffs do not have money to hire a lawyer. We just don't have money to get a lawyer. Period.

The Plaintiffs do not understand as to why Judge Chesney had not told Kasitalea Gus Naufahu that in January 18th, 2008, that we need to get a lawyer.

Judge Chesney, why did you wait from January 18th, 2008 all the way up till May 21st, 2008 to ask the Plaintiffs to get a lawyer. Are you just toying with us, Judge Chesney. Why did it take you Judge Chesney this long to ask

page 3

1 the Plaintiffs to get a lawyer.

2 4. THE CASE WAS ALREADY SETTLED ON MARCH 28TH, 2008:

Judge Chesney does not seem to understand, nor comprehend that this Case was already Settled. Does she take Her Rulings in her Courtroom seriously? There just is no need to do anything more because this Case was already Settled.

The only thing she needs to do was to APPROVE the Settlement sent to her in April 9th, 2008.

5. Why wasted our time: the Plaintiffs' time, the City of San Mateo's time, and Judge Zimmerman's time?

Judge Chesney does NOT RESPECT Judge Zimmerman's ability, and capability, and capacity to Settle Cases at all. Then, why Assigned to him Cases to Settle if she would then deny them later. It's just a Waste of GOVERNMENT'S MONEY & TIME. Judge Chesney had totally WASTED EVERYBODY'S TIME, INCLUDING THE PLAINTIFFS' TIME AS WELL.

6. Judge Chesney Should Approve The Settlement Money For The Grandfather: Tevita L. Naufahu; Kasitalea Gus Naufahu: The Father of the two (2) minor sons & Luisa A. P. Naufahu: The Mother of the two (2) minor sons.

BECAUSE WE ARE ADULTS. NOT MINORS.

That means Judge Chesney, You should APPROVE the $2,000 for the Grandfather; $9,000 to Kasitalea Gus Naufahy; & $8,000 to Luisa A. P. Naufahu.

Why?

BECAUSE THE CASE WAS ALREADY APPROVED FOR SETTLEMENT BY JUDGE ZIMMERMAN, REMEMBER, THE VERY JUDGE ZIMMERMAN TO WHOM YOU JUDGE CHESNEY ASSIGNED THE CASE TO FOR SETTLEMENT. JUDGE ZIMMERMAN CARRIED OUT FULLY THE ASSIGNMENT YOU JUDGE CHESNEY ASSIGNED HIM TO DO.

THEREFORE, THE CASE WAS SETTLED. PERIOD.

AND NOW, YOU JUDGE CHESNEY DISAPPROVED YOUR OWN ASSIGNMENT?

AND, JUDGE CHESNEY, SINCE WE ARE NOT MINORS, JUDGE CHESNEY THEREFORE HAD DUTY-BOUND LEGAL OBLIGATION TO HONOR YOUR OWN ASSIGNMENT, AND THEREFORE HONOR THE CASE WAS SETTLED BY JUDGE ZIMMERMAN IN MARCH 28TH, 2008.

Judge Chesney's decision to DEFER the Settlement, thereby pulling the wool over our eyes, until a lawyer is found to represent our two (2) minor sons is

1  uncalled for, and in a way holds the Grandfather & the Parents HOSTAGE IN YOUR
2  COURT.

3  WE NEED OUR MONEY NOW. WE ARE ADULTS. DO NOT TREAT US AS MINORS.

4  7. If Your Honor Judge Chesney Refuses To Release The Settlement Money to
   the THREE (3) ADULTS mentioned ABOVE, YOUR HONOR JUDGE CHESNEY THEREBY THERE-
5  FORE LEAVES US THE ONLY OPTION AVAILABLE TO US UNDER THE CIRCUMSTANCES OF YOUR
6  OWN CHOOSING, AND THAT IS TO SUE YOU IN UNITED STATES FEDERAL COURT, SOON.

7  Judge Chesney, Your Honor's Action is unwarranted, and Illegal, and Unlawful,
   and UNCONSTITUTIONAL, AND AGAINST THE CIVIL RIGHTS OF THE GRANDFATHER, AND THE
8  PARENTS OF THE TWO (2) MINOR BOYS.

9  8. Your Honor, Judge Chesney, can DEAL with the MONEY allocated to our TWO
10 (2) Minor sons, because they cannot touch their Money until their 18th Birth-
11 day.

12 If Your Honor's decision Judge Chesney is aimed at our two (2) minor sons, then
   it's All Right, because our 17 years old son will be 18 in October of this
13 year 2008, then he can get his $1,000.

14 But, as for our 15 years old son, he can get his $20,000 in three (3) years,
15 and that is in May, 2011 .

16 However, Judge Chesney does not have a right whatsoever at all to WITHHOLD
17 the money allocated to the THREE (3) ADULTS Mentioned above.

18 9. The Plaintiffs Plan to go to The Media, and N.A.A.C.P., AND A.C.L.U. to
   ask for, and seek their HELP, and they stand ready to HELP in solving this
19 problematic situation soon.

20 We also PLAN to get a NEWSPAPER to run a STORY regarding this said Decision
21 by Judge Chesney because it's stifling, and incomprehensibly an Attention-
22 Getter POWER-Meddler to remind one and all she is in Charge-andControl.

23 The plaintiffs have brains, and are using our GOD-GIVEN BRAINS TO THEIR MAX-
   IMUM CAPACITY.
24
   We feel that we can take this Case all the WAY UP to the HIGHEST COURT OF THE
25 LAND TO THE UNITED STATES SUPREME COURT in order to prove once-and-for-all
26 Who Is Right, and Who Is Wrong.

27 We, the Plaintiffs, pray that His Honor The Chief Judge Vaughn R. Walker would
28 please Grant us a HEARING, and Judge Chesney, and Judge Zimmerman, and the

lawyer for the City of San Mateo, David King, be ORDERED by The United States District Court at 450 Golden Gate Avenue, San Francisco to HOLD A HEARING AS TO THE DETERMINATION AS TO WHETHER JUDGE CHESNEY HAD A RIGHT TO WITHHOLD THE SETTLEMENT MONEY THAT SHOULD GO TO TEVITA L. NAUFAHU: GRANDFATHER, AND THE PARENTS OF THE TWO (2) MINOR SONS.

The Plaintiffs also Pray that Judge Chesney be MADE RESPONSIBLE, AND ACCOUNTABLE FOR ANY MONETARY EXPENSES INCURRED IN BRINGING THIS REQUEST FOR A HEARING, and presumably in the FUTURE, if there is a LAWSUIT ARISING DUE TO JUDGE CHESNEY'S UNFAVORABLE, UNMERITED DECISION ISSUED IN RELATION TO THIS SAID CASE IN MAY 21ST, 2008, OF THIS YEAR.

Dated: 6 June 2008

Respectfully submitted

by _L. Naufahu_

The Plaintiffs & Luisa A. P. Naufahu:

The Petitioner & Guardian ad litem