United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TEVITA L. NAUFAHU; Father/Grandfather; KASITALEA GUS NAUFAHU; Father/Parent; LUISA A. P. NAUFAHU; Wife/Parent; DAVID L. NAUFAHU; minor son; GEORGE L. NAUFAHU; minor son,

    Plaintiffs,

  v.

CITY OF SAN MATEO, et al.,

    Defendants.
_____/

No. C 07-5189 MMC

**ORDER RE: REQUEST FOR HEARING**

    The Court is in receipt of the request for hearing, filed June 6, 2008 by plaintiffs and plaintiff/petitioner Luisa A. P. Naufahu (hereafter, collectively, "plaintiffs"), by which request plaintiffs seek a hearing with the Chief Judge of this District in order to express various concerns about the Court's order of May 21, 2008. In said order, the Court, based on Ninth Circuit authority, ruled that Luisa A.P. Naufahu could not represent the minor plaintiffs David L. Naufahu and George L. Naufahu, for purposes of the Court's approval of a minor's compromise, without obtaining counsel. Plaintiffs appear to misunderstand the Court's order in several respects.

    First, the order did not address, nor is it intended to effect in any manner, the adult plaintiffs' settlement with the defendants or the timing of the payment of any funds agreed

upon by the parties to settle the claims of the adult plaintiffs.

Second, the Court, in requiring petitioner Luisa A.P. Naufahu to obtain counsel, is not "toying with" the plaintiffs. (See Request at 3:27). Although the Court, on January 18, 2008, referred the case for a settlement conference, and at that time discussed with the parties the need for the minor plaintiffs to have a guardian ad litem appointed, no formal request for such appointment was submitted to the Court for approval until April 29, 2008, the date on which Luisa A.P. Naufahu filed her "Petition and Consent for Appointment of Guardian Ad Litem." Consequently, the Court did not have an opportunity to rule on the sufficiency of any such request until that time.

Third, the Court has not required petitioner Luisa A.P. Naufahu to retain counsel at her own expense; rather, as set forth in its order May 21, 2008, and by its order of June 5, 2008, the Court referred the matter to the Federal Pro Bono Project, for the purpose of having counsel appointed at no cost to petitioner. The Court anticipates that an attorney will be selected in the near future and that shortly thereafter such counsel will submit the minors' compromise to the Court for approval.

Finally, the Court recognizes that the plaintiffs do not have legal training, and, for that reason, has endeavored to explain herein the nature and scope of the Court's prior orders. The Court notes, however, that hyperbolic remarks and threats to sue the judge presiding over a matter are unlikely to assist either the parties or the Court in resolving it.

**IT IS SO ORDERED.**

Dated: June 10, 2008

_____
MAXINE M. CHESNEY
United States District Judge