IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

03 JUN 16 PM 12: 12

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tevita L. Naufahu<br>Kasitalea Gus Naufahu<br>Luisa A.P. Naufahu<br>David L. Naufahu – Minor son<br>George L. Naufahu – Minor son<br><br>Plaintiffs<br><br>V.<br><br>City of San Mateo et al _____/<br><br>Defendant | Case # C 07 – 5189 MMC<br><br>The Plaintiffs hereby ask the United States District Court in San Francisco to Void / or Vacate the Settlement Agreement between the Plaintiffs and The Defendant, City of San Mateo in March 28th of this Year 2008. |

Since, Judge Chesney is getting a lawyer from the Federal Pro Bono Project in the near future to represent the Plaintiffs, especially, the two ( 2 ) minor sons – who are 17 & 15 years old at this time. The parents, Kasitalea Gus Naufahu & Luisa A. P. Naufahu, therefore, ask the Court to Void or Vacate the Settlement Agreement between the Plaintiffs and the City of San Mateo in March 28th, 08 of this year.

This lawyer from the Federal Pro Bono Project is to represent the Plaintiffs free of charge as far as our two ( 2 ) cases are concerned.

1 - The Plaintiffs are now confused as to what role ( s ) this said new lawyer is supposed to do. ( That is the main reason why the Plaintiffs had asked the Chief Judge, Honorable Vaughn Walker and Judge Chesney for a Hearing to explain to the Plaintiffs as to what this lawyer's role ( s ) are. ) ?

  2 - Since, Judge Chesney declined to accept the Plaintiffs request for a Hearing, therefore, the Plaintiffs now assume that Judge Chesney has allowed this two ( 2 ) Cases to go forward, and to TRIAL at some future time if possible along the way.

  3 - This new lawyer must adhere or follow the wishes of the Plaintiffs and their two ( 2 ) minor sons.

Request to VOID / or Vacate the Settlement                                    Page 2

     These two cases against the City of San Mateo are still open for litigation, because Judge Chesney has chosen not to Settle it in the first place, way back in March 28th, 08 or in April 2008.

  4 - New Situation and Circumstances are now Different :

    What happens if the Plaintiffs and their Two minor sons Now Prefer to take our cases to TRIAL and VOID the Settlement. ?

    That's the main reason why we asked for a Hearing, because, if Judge Chesney will try to INTERVENE in the future, she will be Liable for Discrimination, if a lawsuit is ever filed in the future Against her. ?

  5 - Her decision to Prolong these Two cases after a Settlement in March 28th, 2008 is like a Can of worm this is opened, and now Is very difficult to contain or to STOP. ?

    Judge Chesney must be ready if the Plaintiffs do change our mind To go to TRIAL.

    Is the lawyer you provide, can be AVAILABLE for 2 – to 3 months to represent US against the City of San Mateo in the near future. ?

    Is this said lawyer be PAID by You – Judge Chesney or by the Federal Government ? Who is Responsible for this. ?

    You should remember in our first meeting in January 18th, 08 I , Kasitalea Gus Naufahu, had told you that we DO NOT have Money to get a lawyer – Now, you provide US with a lawyer – Now we WANT to GO TO TRIAL - Who is Paying for all of This ?

    At this time, please VOID or VACATE the settlement – Now The Plaintiffs prefer to go to TRIAL.

    Sincerely,  The Plaintiffs : Tevita Naufahu, Kasitalea G> Naufahu
                 Luisa Naufahu, David Naufahu & George Naufahu.