United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TEVITA L. NAUFAHU, et al.,

    Plaintiffs,

v.

CITY OF SAN MATEO, et al.,

    Defendants.
                               /

No. C 07-5189 MMC

**ORDER DENYING PLAINTIFFS' REQUEST TO LIFT STAY AND VACATE SETTLEMENT**

The Court is in receipt of plaintiffs' filing of June 16, 2008, in which plaintiffs again express confusion regarding the role of counsel to be appointed through the Federal Pro Bono Project, incorrectly "assume" the instant action will go to trial, and request that the Court void or vacate the settlement agreement reached on March 28, 2008.

By order filed June 5, 2008, the instant action was stayed pending appointment of counsel for Luisa A.P. Naufahu as guardian ad litem for the two minor plaintiffs. Plaintiffs' recent filing and plaintiffs' continued disagreement with the Court's prior orders raise no grounds justifying the lifting of the stay. Accordingly, plaintiffs' request to lift the stay and void or vacate the settlement is hereby DENIED.

**IT IS SO ORDERED.**

Dated: June 24, 2008

                                                 *Maxine M. Chesney*
                                                 MAXINE M. CHESNEY
                                                 United States District Judge