MORGAN, LEWIS & BOCKIUS LLP
Molly Moriarty Lane (State Bar # 149206)
Edward J. Donnelly (State Bar #220980)
One Market, Spear Street Tower
San Francisco, CA  94105
Tel:  415-442-1000
Fax:  415-442-1001
E-mail:  edonnelly@morganlewis.com

Attorneys for Plaintiff
TEVITA L. NAUFAHU

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVITA L. NAUFAHU; Father/Grandfather; KASITALEA GUS NAUFAHU; Wife/Parent; LUISA A.P. NAUFAHU; Wife/Parent; DAVID L. NAUFAHU; minor son; GEORGE L. NAUFAHU; minor son,.<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN MATEO, et al. ,<br><br>Defendants. | Case No. 07-5189 MMC<br><br>**NOTICE OF ENTRY OF APPEARANCE** |

COMES NOW, Molly Moriarty Lane and Edward J. Donnelly of Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, California  94105, Tel.: (415) 442-1214, Fax (415)442-1000, and hereby enter their appearance as counsel of record for Plaintiff Luisa A.P. Naufahu in the above-captioned case.

Dated:  July 29, 2008                    MORGAN, LEWIS & BOCKIUS LLP

By: _____
Edward J. Donnelly
Attorneys for Plaintiff
TEVITA A.P. NAUFAHU

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO