IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TEVITA L. NAUFAHU, et al.,

    Plaintiffs,

    v.

CITY OF SAN MATEO, et al.,

    Defendants.
                                    /

No. C 07-5189 MMC

**ORDER SETTING STATUS CONFERENCE**

By order filed June 5, 2008, the instant action was stayed pending appointment of counsel for plaintiff Luisa A.P. Naufahu as guardian ad litem for the two minor plaintiffs, and for a period of four weeks after such appointment. On July 29, 2008, counsel filed a notice of appearance on behalf of plaintiff Luisa A.P. Naufahu.

Accordingly, the Court hereby SETS a Status Conference for September 5, 2008 at 10:30 a.m., and the parties shall file either a joint status conference statement or separate status conference statements no later than August 29, 2008. If, in the interim, counsel deems it appropriate to file a renewed petition for approval of the minors' compromise, the parties may file a request to modify the above schedule.

**IT IS SO ORDERED**.

Dated: July 31, 2008

                                          MAXINE M. CHESNEY
                                          United States District Judge