David M. King, Esq. (Bar No. 95279)
  dking@carr-mcclellan.com
Jeremy A. Burns, Esq. (Bar No. 239917)
  jburns@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:  (650) 342-9600
Facsimile:  (650) 342-7685

Attorneys for Defendant City of San Mateo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| TEVITA L. NAUFAHU: Father/Grandfather; KASITALEA GUS NAUFAHU: Father/Parent; LUISA A.P. NAUFAHU: Wife/Parent; DAVID L. NAUFAHU: minor son; and GEORGE L. NAUFAHU: minor son,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN MATEO, et al.<br><br>Defendants. | No. C 07-05189 MMC<br><br>**JOINT STATEMENT** |

Because this case has been settled on the same terms as previously agreed upon, the Parties have agreed to file this Joint Statement in lieu of the ordinary Joint Statement required by the local rules in advance of the September 5, 2008 Status Conference.

On May 21, 2008, the Court deferred ruling on the parties' joint-petition for approval of the settlement agreement to allow the minor children in this action to obtain representation. Dkt. No. 25. On June 5, 2008, the Court referred the minor children to the Federal Pro Bono Project. Dkt. No. 30. On July 29, 2008, Molly Moriarty Lane and Edward J. Donnelly filed a Notice of Appearance for the Plaintiffs. Dkt. No. 35.

Counsel for Plaintiffs has reviewed the settlement agreement with Plaintiffs and it is

1  Plaintiffs' desire to abide by the settlement agreement previously submitted to the Court for
2  approval. The Parties will file a renewed Petition for Approval of the Settlement Agreement
3  shortly.
4  Dated: August 29, 2008

Respectfully Submitted,

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____
David M. King
Jeremy A. Burns
Attorneys for Defendant
City of San Mateo

MORGAN LEWIS & BOCKIUS LLP

By: _____
Ed Donnelly
Attorneys for Plaintiffs
Tevita L. Naufahu, Kasitalea Gus Naufahu, Luisa A.P.
Naufahu, David L. Naufahu, and George L. Naufahu

**PROOF OF SERVICE**

I am employed by the law firm of Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper. On the date set forth below I served the within:

- **JOINT STATEMENT**

on the parties in this action, by placing a true copy thereof in a sealed envelope addressed as follows:

> Edward J. Donnelly, Esq.
> Morgan, Lewis & Bockius LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105

**By placing in office mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Burlingame, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 29, 2008

Lori J. Stumpf

26839.00012\BGLIB1\1346763.1                1

PROOF OF SERVICE OF ANSWER