IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVITA L. NAUFAHU; Father/Grandfather; KASITALEA GUS NAUFAHU; Father/Parent; LUISA A. P. NAUFAHU; Wife/Parent; DAVID L. NAUFAHU; minor son; GEORGE L. NAUFAHU; minor son,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN MATEO, et al.,<br><br>Defendants. / | No. C 07-5189 MMC<br><br>**ORDER CONTINUING STATUS CONFERENCE; SETTING DEADLINE FOR FILING PETITION FOR APPROVAL** |

The Court is in receipt of the parties' Joint Statement, filed August 29, 2008 in conjunction with the Status Conference currently scheduled for September 5, 2008.

Given the representations made therein, the Court hereby CONTINUES the Status Conference to December 12, 2008; a Joint Status Conference Statement shall be filed no later than December 5, 2008. In the interim, a renewed Petition for approval of the minors' compromise shall be submitted, such petition to be filed no later than October 17, 2008. If the minor's compromise is approved, the December 12, 2008 Status Conference will be vacated.

**IT IS SO ORDERED.**

Dated: September 3, 2008

_____
MAXINE M. CHESNEY
United States District Judge