David M. King, Esq. (Bar No. 95279)
 dking@carr-mcclellan.com
Jeremy A. Burns, Esq. (Bar No. 239917)
 jburns@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California  94011-0513
Telephone:    (650) 342-9600
Facsimile:     (650) 342-7685

Attorneys for Defendant City of San Mateo

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| TEVITA L. NAUFAHU: Father/Grandfather; KASITALEA GUS NAUFAHU: Father/Parent; LUISA A.P. NAUFAHU: Wife/Parent; DAVID L. NAUFAHU: minor son; and GEORGE L. NAUFAHU: minor son,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN MATEO, et al.<br><br>Defendants. | No. C 07-05189 MMC<br><br>JOINT PETITION FOR APPROVAL OF SETTLEMENT AGREEMENT |

### FACTUAL BACKGROUND

On May 21, 2008, the Court deferred ruling on the parties' joint-petition for approval of the settlement agreement to allow the minor children in this action to obtain representation. Dkt. No. 25. On June 5, 2008, the Court referred the minor children to the Federal Pro Bono Project. Dkt. No. 30. On July 29, 2008, Molly Moriarty Lane and Edward J. Donnelly filed a Notice of Appearance for the Plaintiffs. Dkt. No. 35.

Counsel for Plaintiffs has reviewed the settlement agreement with Plaintiffs and it is Plaintiffs' desire to abide by the settlement agreement previously submitted to the Court for approval. See Declaration of Luisa Naufahu in Support of Joint Petition for Approval of

Settlement Agreement. The parties respectfully request that the Court approve the settlement agreement.

Dated: September 4, 2008

    Respectfully Submitted,

    CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
    Professional Law Corporation

    By: _____
          David M. King
          Jeremy A. Burns
          Attorneys for Defendant
          City of San Mateo

    MORGAN LEWIS & BOCKIUS LLP

    By: _____
          Ed Donnelly
          Attorneys for Plaintiffs
    Tevita L. Naufahu, Kasitalea Gus Naufahu, Luisa A.P.
    Naufahu, David L. Naufahu, and George L. Naufahu