**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVITA L. NAUFAHU, et al., | No. C-07-5189 MMC |
| Plaintiffs, | **ORDER GRANTING JOINT PETITION FOR APPROVAL OF SETTLEMENT AGREEMENT** |
| v. | |
| CITY OF SAN MATEO, et al., | |
| Defendants / | |

Before the Court is the parties' Joint Petition for Approval of Settlement Agreement, filed September 4, 2008. Having read and considered the papers filed in support of the Petition, the Court finds it is in the best interests of the minors that the claims be settled for the amounts stated in the Petition. Accordingly,

1. The Petition is hereby GRANTED.

2. The settlement on behalf of the minor plaintiffs is hereby APPROVED.

3. The share of minor plaintiff George L. Naufahu shall be held in an individual blocked account, with petitioner Luisa A.P. Naufahu as custodian, until George L. Naufahu reaches the age of majority. Upon deposit of the funds, petitioner Luisa A.P. Naufahu shall file with the Court a receipt acknowledging said deposit.

4. The share of minor plaintiff David L. Naufahu may be held in an individual blocked account, with petitioner Luisa A.P. Naufahu as custodian, until David L. Naufahu reaches

the age of majority. If said funds are not held in a blocked account, they shall be deposited in an account for the benefit of David L. Naufahu, to be used for his health, education, or general welfare. In either case, upon deposit of the funds, petitioner Luisa A.P. Naufahu shall file with the Court a receipt acknowledging said deposit.

5. A status conference with respect to the deposit of the minors' settlement funds is hereby set for October 31, 2008 at 10:30 a.m. No appearance is required if completed receipts documenting the deposit of the funds of both minors are filed on or before October 10, 2008.

**IT IS SO ORDERED.**

Dated:  September 9, 2008

_____
MAXINE M. CHESNEY
United States District Judge