IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVITA L. NAUFAHU; Father/Grandfather; KASITALEA GUS NAUFAHU; Father/Parent; LUISA A. P. NAUFAHU; Wife/Parent; DAVID L. NAUFAHU; minor son; GEORGE L. NAUFAHU; minor son,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY OF SAN MATEO, et al.,<br><br>            Defendants. | No. C 07-5189 MMC<br><br>**ORDER DIRECTING PETITIONER LUISA NAUFAHU TO APPEAR AT STATUS CONFERENCE** |

　　　　Before the Court is the Declaration, filed October 22, 2008 by counsel for petitioner Luisa Naufahu as guardian ad litem for the minor plaintiffs herein.  Attached to said Declaration is a receipt documenting the deposit of settlement funds into a "Custodial UTMA" account on behalf of minor plaintiff George Naufahu.

　　　　The Court's order of September 9, 2008, approving the minor's compromise, expressly directed that such funds be placed in a "blocked account."  The order further scheduled a status conference for October 31, 2008 at 10:30 a.m. and provided that no appearance was required if, <u>inter alia</u>, the requisite receipt was filed with the Court by October 10, 2008.

　　　　Nothing in the receipt submitted with respect to George Naufahu indicates the above-referenced account is blocked.[1]

---

[1] Further, the receipt was filed almost two weeks after the deadline set by the Court.

Accordingly, petitioner Luisa Naufahu is hereby ORDERED to appear with counsel at the scheduled Status Conference on Friday, October 31, 2008 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: October 29, 2008

_____
MAXINE M. CHESNEY
United States District Judge