1 | David M. King, Esq. (Bar No. 95279)
2 | Jeremy A. Burns, Esq. (Bar No. 239917)
  | CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
  | Professional Law Corporation
3 | 216 Park Road
  | P.O. Box 513
4 | Burlingame, California  94011-0513
  | Telephone:  (650) 342-9600
5 | Facsimile:  (650) 342-7685

6 | Attorneys for Defendant City of San Mateo

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| TEVITA L. NAUFAHU: Father/Grandfather; KASITALEA GUS NAUFAHU: Father/Parent; LUISA A.P. NAUFAHU: Wife/Parent; DAVID L. NAUFAHU: minor son; and GEORGE L. NAUFAHU: minor son,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN MATEO, et al.<br><br>Defendants. | No. C 07-05189 MMC<br><br>**STIPULATION FOR DISMISSAL**; ORDER<br><br>Action Filed: August 15, 2007<br>Settlement Conference: March 4, 2008 |

////

1  The parties, having reached a full and final settlement in the captioned action, and the
2  settlement obligations having been fulfilled, it is hereby stipulated by and between counsel for
3  the minor plaintiffs David L. Naufahu, and George L. Naufahu, and plaintiffs Tevita L. Naufahu,
4  on the one hand, and Kasitalea Gus Naufahu and Luisa A.P. Naufahu on the one hand, and the
5  City of San Mateo, through it's counsel David M. King, that the captioned matter be dismissed
6  with prejudice.

7  Dated: October 17, 2008

8        Respectfully Submitted,

9        CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
          Professional Law Corporation

12       By: _____
               David M. King
               Jeremy A. Burns
13             Attorneys for Defendant
               City of San Mateo

15       MORGAN LEWIS & BOCKIUS LLP

17       By: _____
               Ed Donnelly
18             Attorneys for Plaintiffs
               Tevita L. Naufahu, Kasitalea Gus Naufahu, Luisa A.P.
19             Naufahu, David L. Naufahu, and George L. Naufahu

1    The parties, having reached a full and final settlement in the captioned action, and the
2    settlement obligations having been fulfilled, it is hereby stipulated by and between counsel for
3    the minor plaintiffs David L. Naufahu, and George L. Naufahu, and plaintiffs Tevita L. Naufahu,
4    on the one hand, and Kasitalea Gus Naufahu and Luisa A.P. Naufahu on the one hand, and the
5    City of San Mateo, through it's counsel David M. King, that the captioned matter be dismissed
6    with prejudice.

7    Dated: October 17, 2008

Respectfully Submitted,

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____
        David M. King
        Jeremy A. Burns
        Attorneys for Defendant
        City of San Mateo

MORGAN LEWIS & BOCKIUS LLP

By: _____
        Ed Donnelly
        Attorneys for Plaintiffs
        Tevita L. Naufahu, Kasitalea Gus Naufahu, Luisa A.P.
        Naufahu, David L. Naufahu, and George L. Naufahu

IT IS SO ORDERED.

Dated: November 20, 2008

        Maxine M. Chesney
        United States District Judge